IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT JAHODA,
individually and on behalf of all others
similarly situated,

          Plaintiff,

  v.

HOBBY LOBBY STORES, INC.,

          Defendant.

Civil Action No. 2:13-cv-01670-LPL

Hon. Lisa Pupo Lenihan, U.S.M.J.

**ELECTRONICALLY FILED**

**STIPULATION OF DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the above-entitled action be and hereby is dismissed with prejudice, each party to bear its own costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  October 28, 2014

By:  **CARLSON LYNCH LTD.**

*s/ R. Bruce Carlson*_____
R. Bruce Carlson (PA ID No. 56657)

CARLSON LYNCH
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
(412) 322-9243
(412) 231-0246 (Facsimile)
bcarlson@carlsonlynch.com
*Attorneys for Plaintiff*

**DRINKER BIDDLE & REATH LLP**

*s/ Andrew B. Joseph*_____
Andrew B. Joseph (admitted *pro hac vice*)

DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 Facsimile
andrew.joseph@dbr.com
*Attorneys for Defendant*

**IT IS SO ORDERED:**

Dated:_____, 2014

_____
Hon. Lisa Pupo Lenihan, U.S.M.J.